IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**PUERTO RICO FARM CREDIT, ACA,**

Plaintiff,

v.

**HACIENDA ANA COFFEE ESTATE, INC., et al.,**

Defendants.

**CIVIL NO. 11-1563 (GAG)**

## DEFAULT JUDGMENT

As per the court's order issued on this date (Docket No. 16), default judgment is hereby entered in favor of plaintiff against HACIENDA ANA COFFEE ESTATE, INC.; ANGEL RAFAEL SANTIAGO; RAQUEL BOSCH-FIGUEROA; and CONJUGAL PARTNERSHIP SANTIAGO-BOSCH. Accordingly, plaintiff shall recover from defendants the following amounts:

(a) $460,514.59, plus $24,150.28 in interest, $787.81 in late charges and other fees, and $41,000.00 in attorney's fees under the Loan Agreement of 2008; and

(b) $43,995.18, plus $1,774.87 in interest, and $4,577.00 in attorney's fees under the Loan Agreement of 2010.

**SO ORDERED.**

In San Juan, Puerto Rico this 24th day of October, 2011.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge